

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: CR 18-0852-DSF
)
        Plaintiff, )
)
vs. ) ORDER OF DETENTION AFTER HEARING
) [Fed. R. Crim. P. 32.1(a)(6);
Jose Antonio Luna, ) 18 U.S.C. § 3143(a)]
)
        Defendant. )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ongoing substance abuse issues, failures to report

1 . for testing, failure to report arrest, ~~no known~~ insufficient bail resources

and/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: serial DUI offenses

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Jan. 15, 2019

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2